**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1413**

---

EULA S. HUGHES, Widow of Carl Hughes,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKER'S COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR; CLINCHFIELD COAL COMPANY,

Respondents.

---

On Petition for Review of an Order of the Benefits Review Board. (97-0809-BLA)

---

Submitted: September 10, 1998     Decided: September 23, 1998

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Eula S. Hughes, Petitioner Pro Se. Patricia May Nece, Edward Waldman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Timothy Ward Gresham, PENN, STUART, ESKRIDGE & JONES, Abingdon, Virginia for Respondents.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner seeks review of the Benefits Review Board's deci-
sion and order affirming the administrative law judge's denial of
black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986
& Supp. 1995). Our review of the record discloses that the Board's
decision is based upon substantial evidence and is without revers-
ible error. Accordingly, we affirm on the reasoning of the Board.
Hughes v. DOWCP, BRB No. 97-0809-BLA (B.R.B. Jan. 29, 1998).  We
dispense with oral argument because the facts and legal contentions
are adequately presented in the materials before the court and
argument would not aid the decisional process.

AFFIRMED

2